```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16091
   JOHNNY D VAUGHN
   NAMETTE MARIE GEORGE VAUGHN                  CHAPTER 13

                                                JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-6760      SSN XXX-XX-1641

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was confirmed 11/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was converted to chapter 7 after confirmation 10/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC            CURRENT MORTG         .00           .00            .00
CITIMORTGAGE INC            UNSECURED       NOT FILED           .00            .00
CITIMORTGAGE INC            SECURED NOT I         .00           .00            .00
HOMECOMINGS FINANCIAL NE    MORTGAGE NOTI   NOT FILED           .00            .00
CITIMORTGAGE INC            CURRENT MORTG         .00           .00            .00
HOMECOMINGS FINANCIAL       CURRENT MORTG         .00           .00            .00
HOMECOMINGS FINANCIAL       MORTGAGE ARRE     1777.21           .00        1777.21
HSBC MORTGAGE SVCS          SECURED NOT I         .00           .00            .00
HSBC MORTGAGE SERVICES      SECURED NOT I         .00           .00            .00
HSBC MORTGAGE SERVICES      UNSECURED       NOT FILED           .00            .00
PIERCE & ASSOC              MORTGAGE NOTI   NOT FILED           .00            .00
TRUSTMARK NATIONAL BANK     CURRENT MORTG         .00           .00            .00
SOCIAL SECURITY ADMINIST    PRIORITY        NOT FILED           .00            .00
ALL STATE INSURANCE         UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC         UNSECURED         2315.49           .00         149.24
JEFFERSON CAPITAL SYSTEM    FILED LATE         855.99           .00            .00
ROUNDUP FUNDING LLC         UNSECURED          588.81           .00          37.95
BENEFICIAL                  UNSECURED       NOT FILED           .00            .00
CAPITAL ONE                 UNSECURED          771.76           .00          49.74
CAPITAL ONE                 UNSECURED          824.69           .00          53.18
CB & T                      UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP       UNSECURED         2739.13           .00         176.55
FOREMOST INSURANCE COMPA    UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP       UNSECURED          745.55           .00          48.05
ECAST SETTLEMENT CORP       UNSECURED          491.58           .00          18.87
ECAST SETTLEMENT CORP       UNSECURED         4155.42           .00         267.83
JUNIPER BANK                UNSECURED       NOT FILED           .00            .00
SST CARD SERVICE            UNSECURED       NOT FILED           .00            .00
TARGET NATIONAL BANK        UNSECURED          665.59           .00          42.89
ECAST SETTLEMENT CORP       UNSECURED          435.12           .00          16.70
THE PAYDAY LOAN STORE OF    UNSECURED       NOT FILED           .00            .00
VALUE CITY DEPARTMENT ST    UNSECURED       NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16091 JOHNNY D VAUGHN & NAMETTE MARIE GEORGE VAUGHN
```

```
PORTFOLIO RECOVERY ASSOC  UNSECURED         2079.57           .00           134.03
WELLS FARGO FINANCIAL IL  UNSECURED          452.92           .00            17.39
BENEFICIAL ILLINOIS INC   SECURED NOT I     1321.91           .00              .00
TRUSTMARK NATIONAL BANK   MORTGAGE ARRE      343.00           .00           343.00
CITIMORTGAGE INC          SECURED NOT I      613.08           .00              .00
CITIMORTGAGE INC          CURRENT MORTG         .00           .00              .00
CITIMORTGAGE INC          SECURED NOT I         .00           .00              .00
JENNIFER A BLANC DOUGE    DEBTOR ATTY       2,725.00                       2,725.00
TOM VAUGHN                TRUSTEE                                            466.59
DEBTOR REFUND             REFUND                                              38.78

        Summary of Receipts and Disbursements:
  ------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
  ------------------------------------------------------------------------
TRUSTEE                   6,363.00

PRIORITY                                               .00
SECURED                                           2,120.21
UNSECURED                                         1,012.42
ADMINISTRATIVE                                    2,725.00
TRUSTEE COMPENSATION                                466.59
DEBTOR REFUND                                        38.78
                          ---------------   ---------------
TOTALS                    6,363.00                6,363.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/27/09               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE